## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Nicolas Esteban Cavieres Gomez,<br><br>　　　　　　　　　　Petitioner,<br>v.<br><br>Christopher Chestnut, *et. al*,<br><br>　　　　　　　　　　Respondents. | Case No. 2:25-cv-00975-GMN-BNW<br><br>**Scheduling Order** |

      On June 4, 2025, this Court granted Cavieres Gomez's Motion for Appointment of Counsel and appointed the Federal Public Defender to represent him in this proceeding under 28 U.S.C. § 2241. ECF No. 3. Because counsel for both parties have appeared, the Court now issues the following Scheduling Order:

      **Amended Petition**. If Cavieres Gomez wishes to file an amended petition, he must do so on or before **July 25, 2025**. Alternatively, he can file a notice prior to that date indicating that he does not intend to file an amended petition and wishes to proceed with his initial petition (ECF No. 4). Absent a showing of good cause for an extension, Cavieres Gomez's failure to file either document within the time allowed may result in the dismissal of this case.

      **Response to Petition**. Respondents will have **30 days** from the date the amended petition is filed to file an answer or other response. If Cavieres Gomez files notice that he does not intend to file an amended petition, respondents' response will be due **30 days** from the date the notice is filed.

**Reply**. Cavieres Gomez will have **15 days** following the date the response is filed to file a reply.

**Motions**. Local Rule 7-2(b) governs the scheduling for responses and replies to motions filed by either party.

**IT IS SO ORDERED**.

DATED: July 2, 2025

_____
U.S. District Judge Gloria M. Navarro