Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org
Martin_Novillo@fd.org

*Attorneys for Petitioner Nicolas Esteban Cavieres Gomez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nicolas Esteban Cavieres Gomez,<br><br>　　　Petitioner,<br><br>　　v.<br><br>Christopher Chestnut, *et al.*,<br><br>　　　Respondents. | Case No. 2:25-cv-00975-GMN-BNW<br><br>**Stipulation and Order for Extension of Time to File First Amended Petition (Second Request)** |

　　　Petitioner and Respondents, through their undersigned counsel, hereby stipulate and jointly request that the court extend the due date for Petitioner's first amended petition, up to and including August 22, 2025. This is the second request for an extension of time.

Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. §2241 on June 2, 2025.[1] Counsel granted Petitioner's motion to appoint counsel, and counsel from the Office of the Federal Public Defender was appointed on June 4, 2025.[2] Petitioner filed a motion for a temporary restraining order and preliminary injunction on June 9, 2025.[3] The Court held a hearing on that motion on June 14, 2024. After hearing arguments from both parties, the Court denied the motion but ordered that Respondents provide Petitioner and Petitioner's counsel with 72-hour notice before removing or transferring him.[4] On July 3, this Court issued a scheduling order directing Petitioner to file an amended petition on or before July 25, 2025.[5] On July 25, 2025, Petitioner and Respondents filed a Stipulation agreeing to continue the above-noted deadline to August 8, 2025.[6] For those reasons noted below, the parties now enter into this Second Stipulation requesting a modest two week extension of time for Petitioner to file his amended petition.

Counsel for Petitioner have been diligently working on the amended petition but require more time given the complexity of Mr. Gomez' case, other obligations undersigned counsel have recently had to meet, and personal circumstances further detailed below. Specifically, attorney Barrera has had to engage in additional out-of-state travel to meet obligations in other non-capital habeas matters. Attorney Novillo has likewise had to engage in a substantial amount of travel to Northern Nevada for similar purposes. And attorney Novillo has had to meet numerous

---

[1] ECF No. 4.
[2] ECF No. 3.
[3] ECF No. 8.
[4] ECF Nos. 12, 13.
[5] ECF No. 14.
[6] ECF No. 16.

deadlines in various capital and non-capital habeas cases.[7] Lastly, attorney Barrera, who has a daycare aged child, has been ill and forced to take time off work. Undersigned counsel and counsel for Respondents, Christian Ruiz, have conferred regarding the need for an extension of time to file the amended petition and agree about the proposed extension of two weeks. This request is not sought for the purpose of delay but in the interest of justice and the interest of Petitioner.

Dated August 8, 2025.

Respectfully submitted,

Sigal Chattah
United States Attorney

Rene L. Valladares
Federal Public Defender

/s/ Christian R. Ruiz
Christian R. Ruiz
Assistant United States Attorney

/s/ Martin L. Novillo
Martin L. Novillo
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 25, 2025

---

[7] An opposition to motion to dismiss in the matter of *Fritz v. Breitenbach, et al.*, Case No. 3:23-cv-00241-ART-CLB (D. Nev.); a certificate of appealability in *Leibel v. Reubart, et al.* Case No. 24-3395; a reply brief in the non-capital habeas matter of *Villa v. Hutchings, et al.*, Case No. 2:21-cv-02030-ART-MDC (D. Nev.); and a reply brief due with the Ninth Circuit in the non-capital habeas matter of *Gonzales v. Gittere, et al.*, Case No. 24-3288.

**Certificate of Service**

    I hereby certify that on August 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                        *s/ Kaitlyn O'Hearn*
                                        An Employee of the
                                        Federal Public Defender

4