Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Michigan State Bar No. P80957
Assistant Federal Public Defenders
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Nicolas Esteban Cavieres Gomez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nicolas Esteban Cavieres Gomez,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Christopher Chestnut, *et al.*,<br><br>　　　　Respondents. | Case No. 2:25-cv-00975-GMN-BNW<br><br>**Stipulation and Order for Extension of Time to File First Amended Petition (First Request)** |

　　　　Petitioner and Respondents, through their undersigned counsel, hereby stipulate and jointly request that the court extend the due date for Petitioner's first amended petition, up to and including August 8, 2025. This is the first request for an extension of time.

　　　　Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. §2241 on June 2, 2025.[1] Counsel granted Petitioner's motion to appoint counsel, and counsel from the Office of the Federal Public Defender was appointed on June 4,

---

[1] ECF No. 4.

1

2025.[2] Petitioner filed a motion for a temporary restraining order and preliminary injunction on June 9, 2025.[3] The Court held a hearing on that motion on June 14, 2024. After hearing arguments from both parties, the Court denied the motion but ordered that Respondents provide Petitioner and Petitioner's counsel with 72-hour notice before removing or transferring him.[4] On July 3, this Court issued a scheduling order directing Petitioner to file an amended petition on or before July 25, 2025.[5]

      Counsel for Petitioner have been diligently working on the amended petition but require more time due to both attorneys for Petitioner being out of the office for travel and preplanned leave in the time since the scheduling order was issued. Specifically, attorney Barrera was out of the office for work-related travel from July 9-11, and 20-21, and attorney Novillo was out of the office for annual leave and work-related travel from July 15-24. Undersigned counsel and counsel for Respondents, Christian Ruiz, have conferred regarding the need for an extension of time to file the amended petition and agree about the proposed extension of two weeks. This request is not sought for the purpose of delay but in the interest of justice and the interest of Petitioner.

//
//
//
//
//

---

[2] ECF No. 3.
[3] ECF No. 8.
[4] ECF Nos. 12, 13.
[5] ECF No. 14.

Dated July 25, 2025.

                                                                                              Respectfully submitted,

| | |
|---|---|
| Sigal Chattah<br>United States Attorney | Rene L. Valladares<br>Federal Public Defender |
| /s/ *Christian R. Ruiz*<br>Christian R. Ruiz<br>Assistant United States Attorney | /s/ *Laura Barrera*<br>Laura Barrera<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 25, 2025

## Certificate of Service

I hereby certify that on July 25, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Kaitlyn O'Hearn*
An Employee of the
Federal Public Defender
